## Fulmer *v.* Stewart, Appellant.

Argued March 9, 1903. Appeal, No. 80, Jan. T., 1902, by defendant, from order of C. P. Northampton Co., Feb. T. 1902, No. 40, distributing proceeds of sheriff's sale in case of Chester B. Fulmer, Administrator of Henry Fulmer, Deceased, v. Margaret K. Stewart et ux. et al. Before MITCHELL, DEAN, BROWN and MESTREZAT, JJ. Reversed.

OPINION BY MR. JUSTICE DEAN, October 12, 1903 :

On a sheriff's sale made on the mortgage of Margaret K. Stewart's land noticed fully in the opinion in· No. 79 of January term, the court below ordered the full amount of the balance of the fund in court to be paid to the plaintiff in this case. This was a mistake, see opinion in Stewart v. Stewart, ante, p. 59. The balance of the fund should have been awarded to the executrix of Margaret K. Stewart, this appellant. The decree of the court below is reversed and it is directed that the balance be paid to appellant.

